1114

Xiu Jian Sun, Appellant, v Betty Lam et al., Respondents.

Decided December 15, 2016

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.